UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEHRDAD SAMADI,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANK NATIONAL ASSN.,<br><br>　　　　　　　　　Defendant. | NO: 11-CV-0219-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

　　　　BEFORE THE COURT is the parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 29).  Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to either party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 29) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 2nd day of October, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge